# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QASHIME WAGNER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BOARD OF PROBATION AND** | : | |
| **PAROLE Department of Corrections** | : | NO.  20-5100 |

## ORDER

**NOW**, this 27th day of July, 2021, upon consideration of the petition for writ of *habeas corpus* (Doc. No. 2), the response to the petition, and the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Doc. No. 11), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Timothy R. Rice is **APPROVED** and **ADOPTED**;

2. The petition for writ of *habeas corpus* is **DISMISSED WITH PREJUDICE**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.